IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively of Behalf of CAREMARK RX, INC., <br><br> Plaintiff, <br> v. <br><br> EDWIN M. CRAWFORD, C.A. LANCE PICCOLO, EDWARD L. HARDIN, JR., EDWIN M. BANKS, C. DAVID BROWN, II, HARRIS DIAMOND, KRISTEN E. GIBNEY WILLIAMS, COLLEEN CONWAY-WELCH, ROGER L. HEADRICK, JEAN-PIERRE MILLON, MICHAEL D. WARE, and CVS CORPORATION, <br><br> Defendants. <br><br> CAREMARK RX, INC., a Delaware Corp. <br><br> Nominal Defendant. | NO. 3:07-0071 <br> JUDGE HAYNES |

## **O R D E R**

For the reasons stated in open Court, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party at any time or within thirty (30) days of the conclusion of related proceedings in the Delaware state courts.

It is so **ORDERED**.

**ENTERED** this the _6th_ day of March, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge